| | | |
|---|---|---|
| **United States Of America** | ) | **JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Ulyssess Trenell McAllister** | ) | |
| | ) | |
| | ) | |

On September 10, 2009, Ulyssess Trenell McAllister appeared before the Honorable James C. Fox, Senior U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Conspiracy to Possess With Intent to Distribute More Than 50 Kilograms But Less Than 100 Kilograms of Marijuana, in violation of 21 U.S.C. 846, was sentenced to the custody of the Bureau of Prisons for a term of 65 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Ulyssess Trenell McAllister was released from custody and the term of supervised release commenced on June 12, 2012.

From evidence presented at the revocation hearing on September 30, 2016, the court finds as a fact that Ulyssess Trenell McAllister, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 24 months consecutive to any state sentence.

**IT IS RECOMMENDED**, the defendant participate in intensive drug treatment while incarcerated.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 30th day of September, 2016.

James C. Fox
Senior U.S. District Judge